THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SKI LIFTS, INC., a Washington corporation, | CASE NO. C19-0062-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SCHAEFFER MANUFACTURING CO., a Missouri corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated request to modify the alternate dispute resolution requirement in this case (Dkt. No. 22). The parties request leave to complete an early neutral evaluation in lieu of the mediation required under the Court's scheduling order. (*See id*. at 1; Dkt. No. 11.) Having thoroughly considered the parties' stipulation and the relevant record, the Court hereby GRANTS the parties' request. The parties are granted leave to engage in early neutral evaluation in lieu of the Rule 39.1 mediation called for in the Court's scheduling order. The parties' deadline to complete the early neutral evaluation is set for January 24, 2020.

//

1  DATED this 12th day of December 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0062-JCC
PAGE - 2